IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-31230
Summary Calendar
_____


FELTON BURLEIGH,

                                        Plaintiff,

versus

DIVERS, INC., ET AL.,

                                        Defendants,

CHEVRON USA, INC.,

                          Defendant-Cross-Claimant-Appellant,

versus

INSTITUTE OF LONDON UNDERWRITERS;
PROFESSIONAL DIVERS OF NEW ORLEANS,

                          Defendants-Cross-Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 94-CV-381
- - - - - - - - - -
September 18, 1997
Before KING, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM:*

---

     *    Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Chevron U.S.A., Inc. appeals from the dismissal of its claim for indemnity against Professional Divers of New Orleans and its insurer, the Institute of London Underwriters.  We have reviewed the record and briefs and AFFIRM the district court's dismissal for essentially the same reasons set forth by the district court. Felton v. Divers, Inc., No. 94-CV-0381 (W.D. La. Oct. 22, 1996).